21 F.3d 675w
 The SOCIETY OF the ROMAN CATHOLIC CHURCH OF the DIOCESE OF
LAFAYETTE AND LAKE CHARLES, INC.,
Plaintiff-Appellee-Cross
Appellant-Appellant and Cross-Appellee,
v.
INTERSTATE FIRE & CASUALTY CO., et al., Defendants.
ARTHUR J. GALLAGHER & COMPANY and Gallagher Bassett
Services, Inc., Defendants-Appellees-Cross Appellants,
v.
INTERSTATE FIRE & CASUALTY COMPANY, Defendant-Appellee-Cross
Appellee and Cross-Appellant,
v.
Allen Godfrey LEE and Lloyds of London,
Defendants-Appellees-Cross Appellees,
v.
PACIFIC EMPLOYERS INSURANCE COMPANY, Defendant-Third Party
Plaintiff-Appellee-Appellant and Cross-Appellee,
and
Fireman's Fund Insurance, Defendant-Appellee-Appellant and
Cross-Appellee,
and
Preferred Risk Mutual Insurance Company,
Defendant-Appellee-Appellant and Cross-Appellee.
CENTENNIAL INSURANCE COMPANY, Defendant-Appellee,
v.
HOUSTON GENERAL INSURANCE COMPANY,
Defendant-Appellant-Cross-Appellee and Appellee,
Louisiana Companies, Inc., Third Party Defendant-Appellee.
 No. 93-4068.
 United States Court of Appeals,
Fifth Circuit.
 May 27, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 26 F.3d 1359